

FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
Miguel Vega,
        Defendant.

Case No.: CR 13-0722-MWF

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District of Calif.__ for alleged violation(s) of the terms and conditions of (his)/her [~~probation~~] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  ( )  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __prior supervised release revocation, failure to__

1  appear history, outstanding active warrants, recent
2  background unknown, no known bail resources,
3  absconded status

4  and/or

5  B.  (✓)  The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: lengthy criminal history, some while on
10    supervised release. Subject to order of
11    protection.

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated: 7/29/15                    /s/ Jean Rosenbluth
18                                    JEAN ROSENBLUTH
                                      U.S. MAGISTRATE JUDGE